UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRISON LEGAL NEWS, ET AL.                                CIVIL ACTION

VERSUS                                                   NO. 11-2277

MARLIN GUSMAN, ET AL.                                    SECTION "A" (1)

### J U D G M E N T

Counsel for plaintiffs has advised the Court of acceptance by plaintiffs, of an offer of judgment **(Rec. Doc. 48)** made by defendants,

Accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiffs, and against defendants Marlin N. Gusman, the Sheriff of Orleans Parish, Carlos Louque, Kevin Winfield, Charles Ezeb, Jerrod Spinney, and Bonita Pittman, for the total sum of fifteen thousand dollars ($15,000), exclusive of costs and attorney fees accrued.
.

New Orleans, Louisiana, September 17, 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE