Mr. Monster Pete #2410681
3000 Perdido St. 1-D
New Orleans, La. 70119

October 12, 2016

The Honorable Judge Jay Zainey
500 Poydras St.
New Orleans, La. 70130

Re: Case No. #11-2277 Sect. "A"

Dear Judge Zainey:

This letter concerns a consent judgment entered into and agreed upon by Sheriff Gusman & Ms. Howell, on December 2, 2011, in which the sheriff would allow the PLN (Prison Legal News) publication and certain hardcover books, to be allowed inmates of OPP/OJC.

However, my issues of PLN have been arriving either in the middle or end of the month. And the hardcover books that came for me, as far as I know, only come in hardcover, was not allowed.

OJC's mailroom retain or discards the invoices and discount coupons without explaination. And.

Finally, we are not allowed to order, or receive local newspapers from our account or from the outside. Thank you for your time and consideration.

Sincerely yours,
Monster M. Pete

C.C.
Atty Mary E. Howell
Atty Lance T. Weber and
Atty Freeman R. Matthews

RECEIVED
OCT 25 2016

Monotor Pete #241068\
2800 Perdido St. 1-D  ①Thesaurus\
New Orleans, La. 70119  ② Vocabulary Builder

Monotor Pete #241068\
2800 Perdido St. 1-D\
New Orleans, La. 70119

---

**MONDAY • MARCH 14**

THE BIBLE in ONE YEAR\
DEUTERONOMY 23–25 and MARK 14:1-26

# My Personal Space

An **industrial design** graduate from a Singapore university was challenged in a workshop to come up with a novel solution to a common problem using only ordinary objects. She created a vest to protect one's personal space from being invaded while traveling in the crush of crowded public trains and buses. The vest was covered with long, flexible plastic spikes normally used to keep birds and cats away from plants.

Jesus knew what it was like to lose His personal space in the commotion of crowds desperate to see and touch Him. A woman who had suffered from constant bleeding for 12 years and could find no cure touched the fringe of His robe. Immediately, her bleeding stopped (LUKE 8:43-44).

Jesus' question, "Who touched me?" (V. 45) isn't as strange as it sounds. He felt power come out of Him (V. 46). That touch was different from those who merely happened to accidentally touch Him.

While we must admit that we do sometimes wish to keep our personal space and privacy, the only way we help a world of hurting people is to let them get close enough to be touched by the encouragement, comfort, and grace of Christ in us. ❧ C. P. HIA

> TODAY'S READING\
> **Luke 8:40-48**
>
> **We do not have a high priest who is unable to empathize with our weaknesses.**\
> Hebrews 4:15

*Lord Jesus, I want to be near You and know You\
so that when I'm in contact with others they can see You through me.*

**A Christian's life is the window through which others can see Jesus.**

---

**TUESDAY • MARCH 15**

THE BIBLE in ONE YEAR\
DEUTERONOMY 26–27 and MARK 14:27-53

# Looking Up

An **article in** the *Surgical Technology International* journal says that looking down at a smart phone with your head bent forward is the equivalent of having a 60-pound weight on your neck. When we consider that millions of people around the world spend an average of 2-4 hours daily reading and texting, the resulting damage to neck and spine becomes a growing health concern.

It is also easy to become spiritually bowed down by the burdens of life. How often we find ourselves discouraged by the problems we face and the needs of those we love. The psalmist understood this weight of concern yet saw hope as he wrote about "the Maker of heaven and earth, the sea, and everything in them—[who] remains faithful forever. He upholds the cause of the oppressed and gives food to the hungry. The LORD sets prisoners free, the LORD gives sight to the blind, the LORD lifts up those who are bowed down, the LORD loves the righteous" (PS. 146:6-8).

When we consider God's care, His great power, and His loving heart, we can begin to look up and praise Him. We can walk through each day knowing that "the LORD reigns forever . . . for all generations" (V. 10).

He lifts us up when we are bowed down. Praise the Lord! ❧

DAVID MCCASLAND

> TODAY'S READING\
> **Psalm 146:1-10**
>
> **The LORD lifts up those who are bowed down.**\
> Psalm 146:8

*O Lord, lift our eyes to see Your power and love today\
so we can raise our heads and our hearts in grateful praise to You.*

**Faith in God's goodness puts a song in your heart.**

Mr. Monster Pete #2410681
3000 Perdido St. 1-D
New Orleans, La. 70119

U.S. MARSHALS

The Honorable Jay Zainey, Judge
500 Poydras St.
New Orleans, La. 70130

7013 3020 3315 0025

RECEIVED
OCT 25 2016

neopost
10/21/2016
US POSTAGE $00.46
ZIP 70119
041M11273A503